AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

SOLOMON JEROME MCWILLIAMS
542 Gantry Drive
Montgomery, Alabama 36108

**WARRANT FOR ARREST**

Case Number: 2:05cr302-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Solomon Jerome McWilliams___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense)
Gun controlled act

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

DEBRA P. HACKETT
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U. S. District Court
Title of Issuing Officer

December 15, 2005 - Montgomery, Alabama
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |