IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CR. NO.: 2:05cr302-WHA |
| ) | |
| SOLOMON JEROME MCWILLIAMS ) | |

## **ORDER**

Defendant, SOLOMON JEROME MCWILLIAMS, has not been arraigned on the pending indictment. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for 8 February 2006 at 10:00 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce for the defendant for the arraignment.

DONE this 30th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE