| COURTROOM DEPUTY'S MINUTES | DATE: February 8, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:54 - 11:00 |

√ **ARRAIGNMENT**  ❏ **CHANGE OF PLEA**  ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**  ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr302-WHA-VPM  **DEFENDANT NAME:** Solomon Jerome McWilliams
**AUSA:** Christopher Snyder  **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ Not Guilty
   ❏ Guilty as to:
      ❏ Count(s):
      ❏ Count(s):       ❏ dismissed on oral motion of USA
              ❏ to be dismissed at sentencing

❏ Written plea agreement filed  ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ CRIMINAL TERM:   3/27/06   ❏ WAIVER OF SPEEDY TRIAL filed.
           **DISCOVERY DISCLOSURE DATE:**  2/8/06
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
       ❏ Defendant requests time to secure new counsel