IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR. No.: 2:05cr302-A |
| | ) |
| SOLOMON JEROME MCWILLIAMS | ) |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, Solomon Jerome McWilliams, in the above-styled case.

Dated this 15th day of February 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:05cr302-A |
| ) | |
| **SOLOMON JEROME MCWILLIAMS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher A. Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138