| COURTROOM DEPUTY'S MINUTES | DATE: 2/27/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:36 - 9:38 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   2:05cr302-WHA     **DEFENDANT(S):** Solomon Jerome McWilliams

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Christopher A. Snyder | * | Kevin Butler |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**        Complete

☐ **PENDING MOTION STATUS:**
              **Motion to Suppress**

☐ **PLEA STATUS:**        Likely Plea

☐ **TRIAL STATUS**        1 day for Trial

☐ **REMARKS:**
              **Good Faith Negotiations have begun**

**Court has entered an order for the Government to file Response to Motion to Suppress by 3/1/06; due to ongoing negotiations, theCourt will enter an order to continue Government's response deadline to 3/3/06**