IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 2:05CR302-WHA |
| ) | |
| SOLOMON JEROME MCWILLIAMS ) | |

**ORDER**

Based upon counsel's representations at the pretrial conference conducted on 27 February 2006, and for good cause, it is

ORDERED that the court's Order of 27 February 2006 is hereby AMENDED to reflect an extension in the government's time to file its response to the defendant's Motion to Suppress (See Doc. # 12). The government shall file its response on or before 3 March 2006.

DONE this 28th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE