IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr302-WHA |
| | ) | |
| SOLOMON JEROME MCWILLIAMS | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 27 February 2006 before the undersigned Magistrate Judge. Present at this conference were Federal Defender Kevin Butler, counsel for the defendant, and Assistant United States Attorney Christopher A. Snyder, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for 27 March 2006. The trial of this case is set for the trial term commencing on 27 March 2006 and is expected to last one day. This case is hereby set before Senior District Judge W. Harold Albritton on the term of court commencing on 27 March 2006.

2. Pending before the court is a Motion to Suppress, filed 23 February 2006 (Doc #11).

3. Proposed voir dire questions shall be filed on or before 20 March 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before 20 March 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before 20 March 2006.

6. A defendant who wishes to enter a plea pursuant to Rule 11 (c)(1)(A) or (C) shall do

so no later than 20 March 2006.  The government and defendant are informed that if a defendant enters his plea after that date, and if the plea is not ultimately accepted by the court, the defendant and the government must be prepared to go to trial on 27 March 2006.

DONE this 1st day of March, 2006

>   /s/ Vanzetta Penn McPherson
>   VANZETTA PENN MCPHERSON
>   UNITED STATES MAGISTRATE JUDGE