IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05CR0302-WHA |
| | ) | |
| | ) | |
| **SOLOMON J. MCWILLIAMS** | ) | |

### NOTICE OF COURT'S AUTHORITY TO CONTINUE CASE ABSENT WAIVER OF SPEEDY TRIAL

**COMES NOW**, the Defendant, Solomon J. McWilliams, by and through undersigned counsel, Kevin L. Butler, and states trial in this matter is presently set for March 27, 2006. On March 3, 2006, the defendant moved to suppress the search of his vehicle. It is unlikely that the Court will be able to adequately address the matters raised in the pleading prior to the March 27, 2006, trial date. Pursuant to 18 U.S.C. § 3161(h)(1)(F), this Court has the discretion to continue trial so as to allow adequate time to address pretrial motions filed by the defense. Therefore, in this matter, it is within the authority of this Court to continue trial absent a waiver of speedy trial or a motion to continue by the Defendant.

WHEREFORE, the defense asks the Court to place this matter on the trial term it believes will allow it adequate time to address the pretrial motion filed by the defense.

Dated this 17th day of March 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099; Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:05CR0302-WHA |
| ) | |
| ) | |
| **SOLOMON JEROME MCWILLIAMS** ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on March 17, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher A. Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


        Respectfully submitted,


        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138