IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:05cr302-WHA |
| SOLOMON JEROME McWILLIAMS | ) | |

**ORDER**

This case is presently pending on the Defendant's Motion to Suppress Vehicle Search (Doc. #11), filed on February 23, 2006. The Magistrate Judge has set an evidentiary hearing on the motion for March 20, 2006. The case is set for trial on the court's March 27, 2006 docket.

In order for the Magistrate Judge to have a reasonable time to consider the motion after the evidentiary hearing and to write a recommendation, for the parties to have an opportunity to file objections to the recommendation, and for this court to have a reasonable time to consider the recommendation and any objection that may be filed, it is hereby ORDERED as follows:

1. The trial of this case is CONTINUED from the term commencing March 27, 2006, and set for the term of court commencing June 26, 2006.

2. If at any time the Defendant has a speedy trial objection to this new trial setting, he is DIRECTED to promptly file an appropriate motion, so that the court may consider whether an earlier trial date should be set.

DONE this 20th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE