# **MINUTES**

```
                IN THE UNITED STATES DISTRICT COURT FOR THE
                  MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

HON.   VANZETTA MCPHERSON, MAGISTRATE JUDGE   AT MONTGOMERY, ALABAMA

DATE COMMENCED   MARCH 20, 2006              AT   2:15    A.M./P.M.

DATE COMPLETED   MARCH 20, 2006              AT   3:40    A.M./P.M.

```
                                          )
UNITED STATES OF AMERICA                  )
                                          )   CR. 2:05CR302-WHA
VS.                                       )
                                          )
SOLOMON JEROME MCWILLIAMS                 )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA - Christopher Snyder | X | ATTY. Kevin Butler |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

Ann Roy - CRD                         Mitchell Reisner - Court
                                                         Reporter

PROCEEDINGS:

( )  NONJURY TRIAL
(X)  OTHER PROCEEDING:    SUPPRESSION HEARING

2:15    Court convenes,
        Witnesses sworn; Sidebar (off the record).
        Government presents evidence - testimony of Sgt. Jason Dinunozio;
        Government's exhibits 1-3 offered; exhibits 1 and 2
        admitted.
3:00    Recess
3:15    Hearing resumes; Government rests; no additional evidence
        by defendant; Government to submit original of exhibit 3 to
        the Court for examination to determine admissibility;
3:40    Hearing concluded.