IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNTIED STATES OF AMERICA

VS.                                                          CR:  2:05cr302-WHA

SOLOMON JEROME MCWILLIAMS

---

GOVERNMENT                                                   DEFENDANT

WITNESS LIST

(1) Sgt. Jason M. Dinunozio