|  |  |  |
|---|---|---|
| GOVERNMENT EXHIBITS<br><br>SUPPRESSION HEARING COMMENCING 3/20/06 | UNITED STATES OF AMERICA<br><br>v<br><br>SOLOMON JEROME MCWILLIAMS<br>CR: 2:05CR302-WHA |  |

| | | | | | | MAGISTRATE. JUDGE VANZETTA MCPHERSON<br>Mitchell Reisner, Court Reporter |
|---|---|---|---|---|---|---|
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 3-20-06 | 3-20-06 | 1 | Dinunzio | X | Interview Statement of Shaquita Brooks |
| Yes | 3-20-06 | 3-20-06 | 2 | Dinunzio | X | Interview Statement of Reginald Gamble |
| 0 | 3-20-06 | 3-20-06 | 3 | Dinunzio | X | Consent Form for Vehicle Search |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS LOCATED IN EXPANSION FOLDER WITH CASE FILE |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

#RULING  RESERVED