IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR302-WHA |
| | ) | |
| SOLOMON JEROME MCWILLIAMS | ) | |

**ORDER**

Following the evidentiary hearing conducted on this date, the court directed the government's counsel to secure the original of the defendant's written consent to search his vehicle on 18 October 2004. The court has reviewed the document and determines that it is admissible. Accordingly, it is

ORDERED that the original of the above-referenced form entitled Search Of Vehicle is ADMITTED as government's exhibit 3, to be considered along with the other evidence admitted at the evidentiary hearing.

DONE this 21st day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE