IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
    )
v.    )    CASE NO.  2:05cr302-WHA
    )
SOLOMON JEROME MCWILLIAMS  )

## ORDER

Based upon this court's order setting the trial in the above-styled case for 26 June 2006, and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on 15 May 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 12th day of April, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE