**COURTROOM DEPUTY'S MINUTES**          **DATE:** 5/15/06

**MIDDLE DISTRICT OF ALABAMA**          Digital Recording: 9:25 - 9:26

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr302-WHA          **DEFENDANT(S):** Solomon Jerome McWilliams

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Christopher A. Snyder | * | Kevin Butler |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**
        **Motion to Suppress**
        **Awaiting Recommendation on Motion to Suppress**

☐ **PLEA STATUS:**     **Defendant may plea is motion to suppress denied**

☐ **TRIAL STATUS**     1 day for Trial

☐ **REMARKS:**