| COURTROOM DEPUTY'S MINUTES | DATE: 6/2/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:21 - 9:21 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr302-WHA   **DEFENDANT(S):** Solomon Jerome McWilliams

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Christine Freeman |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     Motion to Suppress

☐ **PLEA STATUS:**

   Likely Plea

☐ **TRIAL STATUS**     1 day for Trial
               6/26/06 Trial Term

☐ **REMARKS:**