IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr302-WHA |
| | ) | |
| SOLOMON MCWILLIAMS | ) | |

**ORDER**

The Defendant having filed no timely objection to the Recommendation of the Magistrate Judge entered in this case, it is hereby ORDERED as follows:

1. The court ADOPTS the Recommendation of the Magistrate Judge.

2. Defendant's Motion to Suppress (Doc. #11) is DENIED.

Done this 14th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
Senior United States District Judge