IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr302-WHA |
| | ) | |
| SOLOMON JEROME MCWILLIAMS | ) | |

## ORDER

The defendant, SOLOMON JEROME MCWILLIAMS, has indicated to the court that he wishes to enter a change of plea.  Therefore, it is

ORDERED that the defendant, SOLOMON JEROME MCWILLIAMS, appear with counsel before the undersigned Magistrate Judge on 19 June 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

Defense Counsel is directed to make sure that the attached Consent Form and any Plea Agreement between the parties have been executed prior to the hearing.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 15th day of June, 2006.

/s/ **Delores R. Boyd**,
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

FOR

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE