MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: Mitchell Reisner

❏ ARRAIGNMENT    x CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*    **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:05cr302-WHA*    **DEFENDANT NAME:** *Solomon Jerome McWilliams*
**AUSA:** *Christopher A. Snyder*    **DEFENDANT ATTY:** *Kevin L. Butler*

Type Counsel:    ( ) Waived;    ( ) Retained;    ( ) Panel CJA;    (X) CDO

**USPO:** Dwayne Spurlock

**Defendant** _____ does ___x___ does NOT need and interpreter.

**Interpreter present?** __x__ NO _____ YES    Name: _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
— WAIVER OF INDICTMENT executed and filed.
— MISDEMEANOR INFORMATION filed.
— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

X Count(s) ___1___ of the Felony Indictment.

❏ Count(s) _____ ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

x — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release
    ❏ summons; for:
    ❏ Trial on _____ ; ❏ Sentencing on _____ ❏ _____ Bond ❏ to be set by Separate Order

x — **ORDER:** Defendant remanded to custody of U.S. Marshal for:
    ❏ Posting a $_____ Bond;
    ❏ Trial on _____ ; or x Sentencing on _____ x set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.