IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:05CR302-WHA |
| | ) |
| SOLOMAN JEROME MCWILLIAMS | ) |
| | ) |

**United States' Motion to Withdraw Motion for Downward Departure**

The United States moves to withdraw its previous motion to reduce Soloman Jerome McWilliams's offense level by one-level based on McWilliams's acceptance of responsibility. As grounds for this Motion, the United States notes:

1.  On August 22, 2006, the Probation Officer circulated his initial Presentence Investigation Report. The Report calculated a two level enhancement for McWilliams's possession of a stolen handgun, see U.S.S.G. § 2K2.1(b)(4), which resulted in an adjusted offense level of 16 for McWilliams.

2.  Based upon a calculated adjusted offense level of 16, the United States moved for a downward departure of one level for McWilliams's acceptance of responsibility to which McWilliams was entitled. The United States filed the motion on August 24, 2006, in an abundance of caution and in order to comply with the Court's ordered filing deadline for motions for downward departure. See Doc. 41.

3.  On August 29, 2006, after further investigation and in consultation with the parties, the Probation Officer has advised that he will amend his Report to remove the two

**MOTION GRANTED**

SO ORDERED
THIS 7th DAY OF Sept, 2006

_[signature]_
UNITED STATES DISTRICT JUDGE