# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | September 7, 2006 | AT: | 10:12 a.m. |
| DATE COMPLETED: | September 7, 2006 | AT: | 10:32 a.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )   CR. No. 2:05cr302-WHA
                            )
SOLOMON JEROME McWILLIAMS   )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Christopher A. Snyder | Kevin L. Butler |
| John T. Harmon | |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Al Lancaster, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

COURTROOM PROCEEDINGS

(X)    **SENTENCING HEARING**

Hearing commences.
Parties have reviewed the presentence report.
Defendant has an objection as to the date in ¶ 1 of the report.
Court overrules the objection.
Discussion is had regarding possible withdrawal of guilty plea.
Defendant wishes to proceed with sentencing.
Court accepts the Plea Agreement and will sentence accordingly.
Sentence is stated.
Court orally GRANTS Government's Motion for Preliminary Order of Forfeiture (Doc. #40).
No objection to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Defendant is remanded to the custody of the U. S. Marshal.