IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION
CR. NO. 2:05cr263-A

UNITED STATES OF AMERICA
v.
JAMES EDWARD LAMAR

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION
CR. NO. 2:05cr302-A

UNITED STATES OF AMERICA
v.
SOLOMON JEROME MCWILLIAMS
NOTICE OF CRIMINAL FORFEITURE

Notice is hereby given that on September 7, 2006, the United States District Court for the Middle District of Alabama entered Preliminary Orders of Forfeiture condemning and forfeiting the following listed weapons:

United States v. James Edward Lamar, Cr. No. 2:05cr263-A;

One North American Arms, .22 Caliber Magnum Firearm, Serial Number 84660.

United States v. Solomon Jerome McWilliams, Cr. No. 2:05cr302-A;

One Beretta Arms, Model P25, .25 Caliber, Serial Number (illegible)

The foregoing Preliminary Orders of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the above listed weapons in such manner as the Attorney General of the United States may direct. Any persons or entities, other than the defendants named above, having or claiming a legal right, title or interest in the aforementioned weapons must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Middle District of Alabama for a hearing to adjudicate the validity of his/her alleged interest in the weapons pursuant to Title 21, United States Code, Section 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under Section 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. See Title 21, United States Code, Section 853(n)(3). Corporate persons may only file claims if represented by counsel.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than any of the defendants named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama, 36104, with a copy thereof sent to:

John T. Harmon
Assistant United States Attorney
Office of the
United States Attorney
Middle District of Alabama
One Court Square, Suite 201
(36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF ALABAMA
(Mont. Ind., Oct. 12, 19 & 26, 2006)