IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA   )
                           )
v.                         )   CR. NO. 2:05cr302-WHA
                           )
SOLOMON JEROME MCWILLIAMS  )

### UNITED STATES OF AMERICA'S MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on June 20, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant Solomon Jerome McWilliams to forfeit:

> One Ravin Arms, Model P25, .25 Caliber Pistol, Serial Number 004453.

That notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm was published in the <u>Montgomery Independent</u> newspaper on October 12, 19 and 26, 2006; and,

That no petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____ 2006

_____
UNITED STATES DISTRICT JUDGE